

**SWORN TESTIMONY**
COURT REPORTING

2404 DOUBLETREE COURT
LEXINGTON, KENTUCKY 40514
859.533.8961 TEL
859.327.3446 FAX
OFFICE@SWORNTESTIMONYKY.COM E-MAIL
WWW.SWORNTESTIMONYKY.COM WEB

December 22, 2010

Invoice #122210MLM

TO:

Mason L. Miller
Miller Wells, PLLC
300 East Main Street, Suite 360
Lexington, Kentucky 40507

# INVOICE

United States District Court, Eastern District of Kentucky, Southern Division, Civil Action No. 07:08-cv-186-KKC, 2815 Grand Realty Corp, et al. vs. Goose Creek Energy, Inc., et al.

Scheduled videotape deposition of Tracy Grounds on December 22, 2010
    Appearance Fee    (Waived)
    Original certified E-transcript (4 pages at 4.00 per page)    16.00
    Exhibit (2 pages at .30 per page)    .60
    Mailing of original exhibit    5.00

        Subtotal    21.60
        Going Green, Saving Green    (1.08)

**TOTAL DUE UPON RECEIPT:**    **20.52**
*Tax ID 30-0328761*

*Thank you for doing business with Sworn Testimony !*

MAKE CHECK PAYABLE TO:
SWORN TESTIMONY, PLLC

INVOICES ARE DUE UPON RECEIPT. INVOICES NOT PAID WITHIN 30 DAYS SUBJECT TO INTEREST AT THE RATE OF 1.5 PERCENT PER MONTH.